**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SCOTT MEYER,**

        **Plaintiff,**

**v.**                            **Case No. 1:15cv185-MW/GRJ**

**CITY OF GAINESVILLE,
et al.,**

        **Defendants.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

      This Court has considered without hearing the Magistrate Judge's Report and

Recommendation, ECF No.18, and has also reviewed *de novo* Plaintiff's objections

to the report and recommendation, ECF No.22. Accordingly,

      **IT IS ORDERED:**

      The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion. The Clerk shall enter judgment stating, "The

Defendant City of Gainesville's Motion to Dismiss Verified Complaint, ECF No.

8, is **GRANTED**. The Gainesville Police Department is dismissed as a party from

this case. Plaintiff's claim for punitive damages against Defendant City of

Gainesville is dismissed. Plaintiff's claim for injunctive relief against Defendant

City of Gainesville is dismissed. Plaintiff's claims under 42 U.S.C. § 1983 against

Defendant City of Gainesville are dismissed. Plaintiff's claims for defamation and

slander per se against Defendant City of Gainesville are dismissed. This case is

recommitted to the Magistrate Judge for further proceedings."

**SO ORDERED on February 18, 2016.**

**s/Mark E. Walker                   ____**
**United States District Judge**