IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SCOTT MEYER,

       Plaintiff,
v.                                                        Case No.  1:15cv185-MW/GRJ

JAMES FRANKLIN, et al.,

       Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.30.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment in favor of Defendants stating, "Defendants' Motion for Summary Judgment, ECF No. 19, is **GRANTED**.  Plaintiff's claims against Defendants are dismissed with prejudice."  The Clerk shall close the file.

SO ORDERED on March 11, 2016.

                                                               s/Mark E. Walker              ____
                                                                **United States District Judge**